<u>LOCAL BANKRUPTCY FORM 2016-2(c)</u>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

Richard J. Johnson             :     **CHAPTER 13**

                                :

                                :     **CASE NO.** 5 - 15 -bk- 02208-RNO

                                :

                                :

                 **Debtor(s)**       :

Amended

**<u>REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES</u>**

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | | |
|---|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | | |
| 1. Amount agreed to by debtor | $ | 5,000.00 |
| 2. Less amount paid to attorney prior to filing petition | $ | 1,000.00 |
| 3. Balance of compensation to be paid through plan distributions | $ | 4,000.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ | |

| | | |
|---|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | | |
| 1. Retainer received | $ | |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ | |
| 3. Expenses reimbursed prepetition | $ | |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ | 0.00 |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $ | |

| | | |
|---|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ | 4,000.00 |

Dated: 7/25/16                                _____

                                                 Attorney for Debtor