# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICHARD J. JOHNSON, SR.
AKA: RICHARD JAMES JOHNSON, SR., RICHARD JOHNSON, SR., RICHARD JAMES JOHNSON, RICHARD JOHNSON
DBA: BIG RICH AMERICAN SPORTS SHOP, LLC.

   Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
   Movant

vs.

RICHARD J. JOHNSON, SR.
AKA: RICHARD JAMES JOHNSON, SR., RICHARD JOHNSON, SR., RICHARD JAMES JOHNSON, RICHARD JOHNSON
DBA: BIG RICH AMERICAN SPORTS SHOP, LLC.

CASE NO: 5-15-02208-RNO

   Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS

AND NOW, on July 18, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Motion to Dismiss for

- FAILURE TO PRESENT A CONFIRMABLE PLAN

filed on or about February 25, 2016 be withdrawn. The default has been cured.

Respectfully Submitted,
/s/ Charles J. DeHart, III
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A

Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated: July 18, 2016

IN RE: RICHARD J. JOHNSON, SR.
AKA: RICHARD JAMES JOHNSON, SR., RICHARD JOHNSON, SR., RICHARD JAMES JOHNSON, RICHARD JOHNSON
DBA: BIG RICH AMERICAN SPORTS SHOP, LLC.

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

Movant

CASE NO: 5-15-02208-RNO

RICHARD J. JOHNSON, SR.
AKA: RICHARD JAMES JOHNSON, SR., RICHARD JOHNSON, SR., RICHARD JAMES JOHNSON, RICHARD JOHNSON
DBA: BIG RICH AMERICAN SPORTS SHOP, LLC.

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Attorney for the Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on July 18, 2016.

I hereby certify that if Debtor is not represented by counsel, Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the address below on July 18, 2016.

RICHARD J. JOHNSON, SR.
630 N. MAIN AVE.
SCRANTON, PA 18504

TULLIO DeLUCA, ESQUIRE
381 NORTH 9TH AVENUE
SCRANTON, PA 18504-

Respectfully Submitted,
/s/ Vickie Williams

for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: July 18, 2016