UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : | |
| : | CHAPTER 13 |
| RICHARD J. JOHNSON, SR : | |
|    Debtor : | CASE NO. 5-15-02208-RNO |
| : | |
| : | |
| CHARLES J. DEHART, III : | |
| CHAPTER 13 TRUSTEE : | |
|    Movant : | |

## CERTIFICATION OF CONCURRENCE

     AND NOW, this 22nd day of July, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, and certifies that Attorney Tullio DeLuca concurs with the Trustee's Withdrawal of the Motion to Dismiss for Unconfirmable Plan.

                              Respectfully submitted,

                              <u>/s/Charles J. DeHart, III</u>
                              **Standing Chapter 13 Trustee**