```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 15-02208-RNO
Richard J. Johnson, Sr.                                         Chapter 13
        Debtor              CERTIFICATE OF NOTICE
```

District/off: 0314-5      User: MMchugh           Page 1 of 1            Date Rcvd: Jan 12, 2017
                          Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
            +Michelle Junz,   225 Oak Street,   Old Forge, PA 18518-1616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James T. Shoemaker    on behalf of Creditor   Peoples Security Bank & Trust, successor by merger
           to Penn Security Bank & Trust Co., successor in interest to Old Forge Bank c/o James T.
           Shoemaker, Esq. jshoemaker@hkqpc.com
          Joshua I Goldman    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
           in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
           Bank National Association, as Trustee for Merrill bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor in
           interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
           Bank National Association, as Trustee for Merrill tpuleo@goldbecklaw.com
          Tullio DeLuca    on behalf of Debtor Richard J. Johnson, Sr. tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William Edward Miller   on behalf of Creditor   M&T BANK wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**RICHARD J. JOHNSON, SR.
AKA RICHARD JAMES JOHNSON, SR.
AKA RICHARD JOHNSON, SR.
DBA BIG RICH AMERICAN SPORTS SHOP, LLC
AKA RICHARD JAMES JOHNSON
AKA RICHARD JOHNSON**

    Debtor(s)

**M&T BANK**

    Movant(s)

vs.

**RICHARD J. JOHNSON, SR.
AKA RICHARD JAMES JOHNSON, SR.
AKA RICHARD JOHNSON, SR.
DBA BIG RICH AMERICAN SPORTS SHOP, LLC
AKA RICHARD JAMES JOHNSON
AKA RICHARD JOHNSON
MICHELLE JUNZ
AKA MICHELE MARIA JUNZ (NON-FILING CO-MORTGAGOR)
CHARLES J. DEHART, III, CHAPTER 13 TRUSTEE**

    Respondent(s)

| | |
|---|---|
| Chapter | 13 |
| Case Number: | 5-15-bk-02208 RNO |
| Document No.: | 71 |
| Nature of Proceeding: | **Motion for Relief from the Automatic Stay** |

## ORDER

Upon consideration of the statement made in open court at a hearing held on January 12, 2017, that a settlement has been reached and a stipulation will be filed, it is hereby

ORDERED, if a stipulation or a request to relist matter for hearing is not filed by February 11, 2017, the Court may deny this Motion without further notice.

By the Court,

*Robert N. Opel, II*

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Date: January 12, 2017

MDPA-Order Stip Due or Relist.WPT REV 03/16