```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                          Case No. 15-02208-JJT
Richard J. Johnson, Sr.                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: MMchugh          Page 1 of 1          Date Rcvd: Jul 25, 2017
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2017.
db              +Richard J. Johnson, Sr.,    630 N. Main Ave.,    Scranton, PA 18504-1867

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James T. Shoemaker    on behalf of Creditor    Peoples Security Bank & Trust, successor by merger
               to Penn Security Bank & Trust Co., successor in interest to Old Forge Bank c/o James T.
               Shoemaker, Esq. jshoemaker@hkqpc.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for Merrill bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in
               interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for Merrill tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor Richard J. Johnson, Sr. tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:
Richard J. Johnson, Sr. aka Richard James Johnson, Sr. aka Richard Johnson, Sr.
dba Big Rich American Sports Shop, LLC
aka Richard James Johnson aka Richard Johnson
    Debtor
-----------------------------------------------
M&T Bank
    Creditor/Movant
v.
Richard J. Johnson, Sr. aka Richard James Johnson, Sr. aka Richard Johnson, Sr.
dba Big Rich American Sports Shop, LLC
aka Richard James Johnson aka Richard Johnson
    Respondent

Chapter 13

Bankruptcy Case: 15-02208-JJT

**O R D E R**

    AND NOW, upon the the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of M&T Bank and Debtor, Richard J. Johnson, Sr., approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

    The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow M&T Bank and any successor in interest, to proceed with its under state and federal law concerning the Property (the "Property"): ***225 Oak Street, Old Forge, PA 18518***.

    Dated: July 25, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)