```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                           Case No. 15-02208-JJT
Richard J. Johnson, Sr.                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: MMchugh              Page 1 of 1            Date Rcvd: Aug 18, 2017
                              Form ID: pdf010            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2017.
db             +Richard J. Johnson, Sr.,    630 N. Main Ave.,    Scranton, PA 18504-1867
               +Janine Johnson,    630 N. Main Ave.,   Scranton PA 18504-1867

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for Merrill bkgroup@kmllawgroup.com
              James T. Shoemaker     on behalf of Creditor    Peoples Security Bank & Trust, successor by merger
               to Penn Security Bank & Trust Co., successor in interest to Old Forge Bank c/o James T.
               Shoemaker, Esq. jshoemaker@hkqpc.com
              Joshua I Goldman     on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for Merrill bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo     on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in
               interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for Merrill tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio DeLuca     on behalf of Debtor Richard J. Johnson, Sr. tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller     on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard J. Johnson, Sr. aka Richard James Johnson, Sr. aka Richard Johnson, Sr. dba Big Rich American Sports Shop, LLC aka Richard James Johnson aka Richard Johnson<br>Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-MLN1<br>Movant | NO. 15-02208 JJT<br><br>11 U.S.C. Section 362 and 1301 |
| v. | |
| Richard J. Johnson, Sr. aka Richard James Johnson, Sr. aka Richard Johnson, Sr. dba Big Rich American Sports Shop, LLC aka Richard James Johnson aka Richard Johnson<br>Respondent<br><br>and<br><br>Janine Johnson<br><br>Charles J. DeHart, III Esq., Trustee<br>Additional Respondents | |

**ORDER**

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, and the codebtor stay under Section 1301, is modified with respect to the subject premises located at 630 North Main Avenue, Scranton, PA 18504 ("Property).

By the Court,

_John J. Thomas, Bankruptcy Judge_
(PJR)

Dated: August 18, 2017