```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                          Case No. 15-02208-JJT
Richard J. Johnson, Sr.                                         Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: MMchugh              Page 1 of 2              Date Rcvd: Nov 09, 2017
                              Form ID: ordsmiss          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
```
db          +Richard J. Johnson, Sr.,    630 N. Main Ave.,    Scranton, PA 18504-1867
cr          +M&T BANK,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,    Warrington, PA 18976-3400
cr          +Peoples Security Bank & Trust, successor by merger,    600 Third Ave.,    Kingston, PA 18704-5815
cr          +US Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
4729585     +City of Scranton,    c/o Northeast Revenue Service, LLC,    15 Public Square, Suite 202,
             Wilkes-Barre, PA 18701-1703
4650264     +Lackawanna County Tax Claim Bureau,    135 Jefferson Ave.,    Scranton, Pennsylvania 18503-1716
4650266     +Michele Junz,    PO Box 294,    Scranton, PA 18504-0294
4650267    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,    350 Highland Dr.,
             Lewisville, Texas 75067)
4650269     +Peoples Security Bank & Trust,    150 N. Washington Ave.,    Scranton, Pennsylvania 18503-1843
4684714     +Peoples Security Bank & Trust, successor by merger,    James T. Shoemaker, Esq.,
             600 Third Ave.,    Kingston, PA 18704-5815
4650271      Single Tax Office,    William Fox, Collector of Taxes,    P.O. Box 709,
             Scranton, Pennsylvania 18501-0709
4650272      Tek-Collect, Inc.,    871 Park St.,    Columbus, Ohio 43215-1441
4697993     +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
             Dallas TX 75261-9096
4679716     +U.S. Bank National Association,    C/O Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
             P.O. Box 17933,    San Diego, CA 92177-7921
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4650259     +E-mail/Text: seinhorn@ars-llc.biz Nov 09 2017 19:00:23     Ability Recovery Service,
             1 Montage Mountain Rd #A,    Moosic, PA 18507-1777
4650260     +E-mail/Text: seinhorn@ars-llc.biz Nov 09 2017 19:00:23     Ability Recovery Svcs. LLC,
             P.O. Box 4031,    Wyoming, Pennsylvania 18644-0031
4675941      EDI: AIS.COM Nov 09 2017 18:58:00     American InfoSource LP as agent for,    Verizon,
             PO Box 248838,    Oklahoma City, OK 73124-8838
4650261     +EDI: CAPITALONE.COM Nov 09 2017 18:58:00     Capital One,    P.O. Box 30285,
             Salt Lake City, Utah 84130-0285
4672003      EDI: CAPITALONE.COM Nov 09 2017 18:58:00     Capital One Bank (USA), N.A.,    PO Box 71083,
             Charlotte, NC 28272-1083
4650262     +EDI: CCS.COM Nov 09 2017 18:58:00     Credit Collection Service,    P.O. Box 9134,
             Needham, Massachusetts 02494-9134
4650263     +EDI: CCS.COM Nov 09 2017 18:58:00     Credit Collection Services,    Two Wells Avenue,
             Newton, Massachusetts 02459-3246
4650265      E-mail/Text: camanagement@mtb.com Nov 09 2017 19:00:03     M & T Bank,    1100 Wehrle Drive,
             Williamsville, New York 14221
4650270     +EDI: RESURGENT.COM Nov 09 2017 18:58:00     Pinnacle Credit Services,    P.O. Box 640,
             Hopkins, Minnesota 55343-0640
4650273     +EDI: VERIZONEAST.COM Nov 09 2017 18:58:00     Verizon Bankruptcy Dept.,    500 Technology Drive,
             Suite 550,    Weldon Spring, Missouri 63304-2225
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4697516      U.S. Bank National Association, as Trustee, succes
4697517      U.S. Bank National Association, as Trustee, succes
4650268    ##+Pat and Cassie Anslinger,    225 Oak St.,,   Old Forge, , PA 18518-1616
                                                                                TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for Merrill bkgroup@kmllawgroup.com
              James T. Shoemaker    on behalf of Creditor    Peoples Security Bank & Trust, successor by merger
               to Penn Security Bank & Trust Co., successor in interest to Old Forge Bank c/o James T.
               Shoemaker, Esq. jshoemaker@hkqpc.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for Merrill bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in
               interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for Merrill tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio    DeLuca    on behalf of Debtor 1 Richard J. Johnson, Sr. tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                            TOTAL: 8

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Richard J. Johnson Sr. aka Richard James Johnson Sr., aka Richard Johnson Sr., aka Richard James Johnson, aka Richard Johnson, dba Big Rich American Sports Shop, LLC **Debtor(s)** | Chapter 13 <br> Case No. 5:15−bk−02208−JJT |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: November 9, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk