From: USBankruptcyCourts <USBankruptcyCourts@noticingcenter.com>
To: tullio.deluca <tullio.deluca@verizon.net>
Subject: U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Richard J. Johnson, Sr., Case Number: 15-02208, JJT, Ref: [p-114497411]
Date: Fri, Nov 10, 2017 9:06 am
Attachments: B_P51502208ordsmiss0427.PDF (99K)

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

November 11, 2017

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Richard J. Johnson, Sr., Case Number 15-02208, JJT

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**274 Max Rosenn U.S. Courthouse**
**197 South Main Street**
**Wilkes-Barre, PA 18701**

Undeliverable Address:
Pat and Cassie Anslinger
225 Oak St.,
Old Forge, , PA 18518

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

18 Buck Pine lane

White Haven Pa 18661-2205

Undeliverable Address:
U.S. Bank National Association, as Trustee, succes

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

NATIONSTAR MORTGAGE LLC
PO BOX 619096   DALLAS TX 75261-9741

Undeliverable Address:
U.S. Bank National Association, as Trustee, succes

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

+NATIONSTAR MORTGAGE LLC
PO BOX 619096   DALLAS TX 75261-9741

_____     11/13/17
Signature of Debtor or Debtor's Attorney          Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.